IN THE COMMONWEALTH COURT OF PENNSYLVANIA

C B M Ministries of South Central   :
Pennsylvania, Inc.,   :
            Petitioner   :
  :
      v.   :   No. 206 M.D. 2018
  :
Commonwealth of Pennsylvania,   :
Department of Transportation; and   :
Commonwealth of Pennsylvania,   :
Pennsylvania State Police; and   :
Leslie S. Richards, in her official   :
capacity as Secretary of the   :
Pennsylvania Department of   :
Transportation and Colonel Tyree   :
C. Blocker, in his Official capacity   :
as acting commissioner of the   :
Pennsylvania State Police,   :
            Respondents   :

# O R D E R

AND NOW, this 27th day of February 2024, **IT IS HEREBY ORDERED** that the above-captioned opinion filed December 18, 2023, shall be designated **OPINION** rather than **MEMORANDUM OPINION** and it shall be reported.

_____
ELLEN CEISLER, Judge